AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.:<br>4:21 MJ 5287 NAB | Date and time warrant executed:<br>9/16/21 @ 5:26 PM | Copy of warrant and inventory left with:<br>N/A |
|---|---|---|

Inventory made in the presence of:

Inspector Joe Woodland

Inventory of the property taken and name of any person(s) seized:

- IS0001498576 = Approximately 4944.15 grams of cannabis recovered from Priority Mail 2-Day Parcel 9405 5118 9922 3195 7152 57

On  09/16/21 , this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means, this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.

*[signature]*
**NANNETTE A. BAKER**
**U.S. MAGISTRATE JUDGE**
  09  /  17  /  21

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/21

*[signature]* TFO Joshua Bruhn
Executing officer's signature

TFO Joshua Bruhn - Task Force Officer
Printed name and title